1  GIDON M. CAINE (Cal. State Bar No. 188110)
   ALSTON & BIRD LLP
2  275 Middlefield Road
   Suite 150
3  Menlo Park, California 94025-4008
   Telephone:  (650) 838-2000
4  Facsimile:  (650) 838-2001
   gidon.caine@alston.com
5
   Jessica P. Corley (*pro hac vice*)
6  Elizabeth P. Skola (*pro hac vice*)
   ALSTON & BIRD LLP
7  One Atlantic Center
   1201 West Peachtree Street
8  Atlanta, Georgia 30309-3424
   Telephone: (404) 881-7000
9  Facsimile:  (404) 881-7777
   jessica.corley@alston.com
10 elizabeth.skola@alston.com

11 Attorneys for Nominal Defendant
   OCLARO, INC.
12

13                **UNITED STATES DISTRICT COURT**

14               **NORTHERN DISTRICT OF CALIFORNIA**

15 TOBY AGUILAR, derivatively on behalf of       Case No. 11-CV-3668-EMC
   OCLARO, INC.,
16                                               (Derivative Action)

17                    Plaintiff,                 **STIPULATION AND [P~~ROPOSED~~]**
                                                 **ORDER DISMISSING AGUILAR V.**
18       v.                                      **COUILLAUD WITHOUT PREJUDICE**
                                                 **AND WITHOUT COSTS TO ANY**
19 BERNARD COUILLAUD, GREG DOUGHERTY,            **PARTY**
   EDWARD COLLINS, LORI HOLLAND,
20 GIOVANNI BARBAROSSA, ALAIN COUDER,
   JOEL A. SMITH III, JERRY TURIN, and  JAMES
21 HAYNES,

22

23
                       Defendants.
24      and

25 OCLARO, INC.,

26
                    Nominal Defendant.
27

28

WHEREAS, on July 26, 2011, plaintiff Toby Aguilar commenced a derivative action against nominal defendant Oclaro, Inc. ("Oclaro"), and defendants Alain Couder, Jerry Turin, James Haynes, Bernard Couillaud, Giovanni Barbarossa, Edward Collins, Greg Dougherty, Lori Holland, and Joel A. Smith III;

WHEREAS, on September 8, 2011, plaintiff served Oclaro, but has not served the other defendants;

WHEREAS, on September 14, 2011, this Court denied the motion to consolidate Aguilar's action into *In re Oclaro, Inc. Derivative Litigation*, Lead Case No. 11-CV-3176, without prejudice;

WHEREAS, the parties have met and conferred regarding dismissal of Aguilar's action;

WHEREAS, none of the defendants has provided or promised anything of value to plaintiff or plaintiff's counsel as an inducement to dismiss this action; and

WHEREAS, the parties concur that notice to Oclaro shareholders is not required since *In re Oclaro Derivative Litigation* has not been dismissed;

NOW THEREFORE, plaintiff and Oclaro, by and through their undersigned counsel, hereby stipulate as follows:

*Aguilar v. Couillaud*, No. 11-CV-3668-EMC (N.D. Cal. filed July 26, 2011), is hereby dismissed without prejudice and without costs to any party.

**ALSTON & BIRD LLP**

DATED:   Menlo Park, California          By:   _s/ Gidon M. Caine_____
              September 26, 2011                GIDON M. CAINE (Cal. State Bar No. 188110)
                                                275 Middlefield Road
                                                Suite 150
                                                Menlo Park, California 94025-4008
                                                Telephone:  (650) 838-2000
                                                Facsimile:  (650) 838-2001
                                                gidon.caine@alston.com

                                                                and

JESSICA P. CORLEY (*pro hac vice*)
ELIZABETH P. SKOLA (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
jessica.corley@alston.com
elizabeth.skola@alston.com

Counsel for Nominal Defendant Oclaro, Inc.

**FINKELSTEIN THOMPSON LLP**

DATED:   San Francisco, California          By:   _s/ Mark Punzalan_____
              September 26, 2011                   MARK PUNZALAN (Cal. State Bar No. 247599)
                                                            100 Bush Street
                                                            Suite 1450
                                                            San Francisco, California  94104
                                                            Telephone:  (415) 398-8700
                                                            Facsimile:  (415) 398-8704
                                                            mpunzalan@finkelsteinthompson.com

                                                            Counsel for Plaintiff Toby Aguilar

[PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE SHOWN, IT IS

HEREBY ORDERED THAT:

1.      *Aguilar v. Couillaud*, No. 11-CV-3668-EMC (N.D. Cal. filed July 26, 2011) is hereby

dismissed without prejudice and without costs to any party.

2.      The parties need not provide notice of this dismissal to Oclaro, Inc.'s shareholders.

3.      The clerk is directed to enter the dismissal of this action forthwith.

**IT IS SO ORDERED.**

DATED:   San Francisco, California          _____
              ~~September    , 2011~~              The Hon. Edward M. Chen
                October 5, 2011                    United States ~~~~~~~~~~

1

2

3        I, Gidon M. Caine, am the ECF User whose ID and password are being used to file this Joint

4   Case Management Statement.  In compliance with General Order No. 45, X.B., I hereby attest that

5   Mark Punzalan has concurred in this filing.

6                                                            _s/ Gidon M. Caine_____

7                                                            GIDON M. CAINE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28